

August 7, 2017

To: The Honorable Richard G. Stearns
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210.

From: Lawrence J. Littler III
406 Paradise Road, Unit 1-M
Swampscott, MA 01907

Re: Civil Docket Case #: 1:17-cv-11277-RGS

Your Honor,

I would respectfully request that you grant me as Pro Se Litigant the authority to utilize the Court's CM/ECF system to file my documents regarding this case electronically. I am in email communication with Tracy McLaughlin, Bar Liaison US District Court, Boston.

I look forward to having my motion to bring this matter, Cause: 42:1218(2) Americans with Disabilities Act, before the Court approved. I want to compliment everyone I have encountered in my recent visit to the Courthouse. I am grateful for the courtesy that has been extended to me.

Sincerely,

Lawrence J. Littler III
larrylittler@gmail.com
781-710-1706