# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-11277-RGS

LAWRENCE LITTLER

v.

STATE OF MASSACHUSETTS

ORDER

October 4, 2017

STEARNS, D.J.

On August 14, 2017, the Court allowed Plaintiff's Application to Proceed in District Court without Prepaying Fees and denied without prejudice his Motion for Electronic Filing. At that time, the Court advised Plaintiff that this action shall be dismissed unless Plaintiff demonstrates good cause why this action should not be dismissed, or files an amended complaint. Plaintiff was directed to respond by September 18, 2017.

On September 19, 2017, the Court allowed Plaintiff's request for extension of time to file an amended complaint. Plaintiff was granted an extension until September 30, 2017.

The September 30th deadline has passed and the Plaintiff has not filed an amended complaint. On October 2, 2017, Plaintiff filed a motion seeking to have this Court stay the action while he seeks permission to file an appeal

in state court. Plaintiff states, among other things, that the limitations period may expire on his claim should this case not be stayed. However, Plaintiff has not specified which claim he seeks to pursue and has not offered any reason why this action should not be dismissed for the reasons set forth in the Court's August 14, 2017 Memorandum and Order.

ACCORDINGLY, for the reasons stated in the August 14, 2017 Memorandum and Order, and for the reasons stated above, it is hereby ORDERED that:

(1) Plaintiff's motion for stay (Docket No. 11) is <u>DENIED</u>;

(2) This action is <u>DISMISSED</u>; and

(3) The Clerk is directed to enter a separate Order of Dismissal.

SO ORDERED.

 /s/   Richard G. Stearns  
UNITED STATES DISTRICT JUDGE